IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
v. ) No. 13-04048-01-CR-C-BCW
)
JOSE GUADALUPE MACIAS-YANEZ, )
)
       Defendant. )

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to Count One of the Indictment filed on October 2, 2013 is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

                              /s/ Brian C. Wimes
                              JUDGE BRIAN C. WIMES
                              UNITED STATES DISTRICT COURT

Dated: April 9, 2015